AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Agent: Alexander Carlson Telephone: (313) 450-2590

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Abelino ANGEL-NAVA

Case No.

Case: 2:26−mj−30487
Assigned To : Unassigned
Assign. Date : 8/17/2026
Description: RE: ABELINO ANGEL−NAVA (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 14, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Alexander Carlson, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: August 17, 2026

*Judge's signature*

City and state: Detroit, MI

Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

Affidavit

I, Alexander Carlson, declare the following under penalty of perjury:

1. I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Abelino ANGEL-NAVA, a native and citizen of Mexico.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for ANGEL-NAVA, for a violation of 8 U.S.C. § 1326(a), unlawful re-entry following removal. I have not included every fact known to law enforcement related to this investigation.

3. On or about June 10, 2024, ANGEL-NAVA was arrested by United States Border Patrol Agents near Santa Teresa, New Mexico, and processed as an Expedited Removal.

4. On or about June 18, 2024, ANGEL-NAVA was removed from the United States to Mexico through El Paso, Texas.

5. On or about August 14, 2026, the Riverview Police Department contacted the Border Patrol Gibraltar Station requesting assistance identifying

ANGEL-NAVA, who officers encountered in Riverview, Michigan, in the Eastern District of Michigan.

6. After arriving at the location, the responding agent identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Agents questioned ANGEL-NAVA and determined that he had unlawfully entered the United States at a time and place other than as designated by the Attorney General of the United States or the Secretary of Homeland Security of the United States. Upon determining ANGEL-NAVA had illegally re-entered the United States, the Border Patrol Agent placed ANGEL-NAVA under arrest and transported him to the Gibraltar Station for processing.

7. While at the Gibraltar Border Patrol Station, Border Patrol Agents captured ANGEL-NAVA's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that ANGEL-NAVA is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his June 18, 2024, removal.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the

United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the Alien File (A# XXXXXX882) for ANGEL-NAVA, and queries in U.S. Department of Homeland Security databases confirm no record exists of ANGEL-NAVA obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States after his removal from the United States on June 18, 2024.

10. Based on the above information, there is probable cause to conclude that on or about August 14, 2026, in the Eastern District of Michigan, Abelino ANGEL-NAVA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about June 18, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Alexander Carlson, U.S. Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_______________________________
Honorable David R. Grand
United States Magistrate Judge

August 17, 2026